Cameron Stracher, Esq.
321 West 44th Street, Suite 1000
New York, NY 10036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC.,<br><br>                              PLAINTIFF(S)<br><br>          v.<br><br>THE DAILY MAIL AND GENERAL TRUST PLC<br>and its subsidiary, ASSOCIATED NEWSPAPERS<br>LTD, etc., et al.,<br><br>                              DEFENDANT(S). | **CASE NUMBER**<br>2:16-cv-04977 PSG (SKx)<br><br><br>**WAIVER OF SERVICE**<br>**OF SUMMONS** |

TO:  Robert W. Dickerson, Zuber Lawler & Del Duca LLP

*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after  August 29, 2017                                                                        , or within 90 days after that date if the request was sent outside the United States.

*(Date Request for Waiver of Service of Summons sent)*

8/31/17
Date

Signature
Cameron Stracher
Name (Printed/Typed)
321 West 44th St., Ste 1000
Street Address (Printed/Typed)

| New York | New York | 10036 |
|---|---|---|
| City | State | Zip Code |
| (212) 850-6100 | | (212) 850-6299 |
| Telephone Number | | FAX Number |

Attorney for Associated Newspapers Ltd.
Relationship To Entity On Whose Behalf I Am Acting

---

CV-108 (6/98)                          WAIVER OF SERVICE OF SUMMONS

American LegalNet, Inc.
www.FormsWorkflow.com