1  ROBERT W. DICKERSON, (SBN 89367)
     *rdickerson@zuberlaw.com*
2  ARMAND F. AYAZI, (SBN 162893)
     *aayazi@zuberlaw.com*
3  MEREDITH A. SMITH  (SBN 281120)
     *msmith@zuberlaw.com*
4  **ZUBER LAWLER & DEL DUCA LLP**
   777 S. Figueroa Street, 37th Floor
5  Los Angeles, California 90017
   Telephone: (213) 596-5620
6  Facsimile:  (213) 596-5621

7  Attorneys for Plaintiff, Rumble, Inc.

8

9                 **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  RUMBLE, INC.,                          Case No. 2:17-cv-04977 PSG (SKx)

13                 Plaintiff,              **DECLARATION OF ROBERT W. DICKERSON IN SUPPORT OF PLAINTIFF RUMBLE, INC.'S OPPOSITION TO MOTION TO DIMISS AMENDED COMPLAINT, IN PART, AND TO TRANSFER VENUE**

14        v.

15  THE DAILY MAIL AND GENERAL
    TRUST PLC and its subsidiary
16  ASSOCIATED NEWSPAPERS LTD
    dba THE DAILY MAIL,
17  DAILYMAIL.COM and                      [Filed Concurrently with Opposition to Motion to Dismiss Amended Complaint, In Part, and to Transfer Venue; Declaration of Chris Pavlovski, and [Proposed] Order]
    MAILONLINE, et al.,
18
                   Defendants.
19

20                                          Date:    January 22, 2018
                                            Time:    1:30 p.m.
21                                          Crtrm.:  6A

22

23

24

25

26

27

28

2529-1002 / 1006367.1                        1

I, Robert W. Dickerson, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Plaintiff, Rumble, Inc.  I have personal knowledge of the facts stated herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      I am informed and believe that Defendant has an office in Los Angeles, and has had one here continuously since July 2010.  *See* Exhibit A attached (a true and correct copy of a December 18, 2014 DailyMail.com Press Release which states "MailOnline originally launched in the United States in July 2010 with its first newsroom in Los Angeles.")[1], and Exhibit B (a true and correct copy of the DailyMail careers website as of December 28, 2017, which states "With newsrooms in New York and Los Angeles, …").[2]

3.      Defendant aggressively and specifically targets viewers in California, and in particular Southern California, and also uses articles about Los Angeles, its tourist attractions, and its inhabitants to attract viewers.  *See* Exhibit C attached (a true and correct copy of a few pages from the DailyMail.com website on December 28, 2017, entitled "DailyMail.com Los Angeles").[3]  These pages are devoted to Los Angeles as a destination, and include numerous articles about things to do and see in Los Angeles.

---

[1] Available online at https://www.prnewswire.com/news-releases/dailymailcom-launches-in-america-300012077.html.

[2] Available online on at http://www.dailymailcareers.com.

[3] These specific pages were available on December 28, 2017 online at http://www.dailymail.co.uk/travel/destinationshub/los-angeles.html.

1    4.    As shown on Exhibit D attached (a true and correct copy of a page

2 from the DailyMail.com "destinations" page as of December 28, 2017),[4]  three

3 destinations are listed in California (Los Angeles, San Diego and San Francisco),

4 more than in any other state.

5    5.    The homepage of the DailyMail.com website includes a number of

6 drop-down tabs, one of which is "U.S. Showbiz."  On the days that I have clicked on

7 that tab, the contents displayed have included many articles about "showbiz"

8 involving people and events in Los Angeles.

9    6.    Attached as Exhibit E are true and correct copies of the first few pages

10 of the Docket Reports downloaded from PACER in which Defendant (or its parent

11 company) was previously a named party in litigation in the United States District

12 Court for the Central District of California.

13    I declare under penalty of perjury under the laws of the United States of

14 America that the foregoing is true and correct.

15    Executed on this 29th day of December, 2017, at Los Angeles, California.

16

17    _/s/ Robert W. Dickerson_
     Robert W. Dickerson

18

19

20

21

22

23

24

25

26

27

28
---
[4] Available online at http://www.dailymail.co.uk/travel/destinations/index.html.