SCOTT S. HUMPHREYS (SBN 298021)
humphreyss@ballardspahr.com
ROBERT PENCHINA (*pro hac vice*)
penchinar@ballardspahr.com
CAMERON STRACHER (*pro hac vice*)
stracherc@ballardspahr.com
DANA GREEN (*pro hac vice*)
greendana@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Tel.: (424) 204-4400
Fax: (424) 204-4350

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD.

ROBERT W. DICKERSON (SBN 89367)
rdickerson@zuberlaw.com
ARMAND F. AYAZI (SBN 162893)
aayazi@zuberlaw.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Tel.: (213) 596-5620
Fax: (213) 596-5621

Attorneys for Plaintiff,
RUMBLE INC.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: 424.204.4400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RUMBLE, INC.

Plaintiff,

v.

THE DAILY MAIL AND GENERAL TRUST PLC and its subsidiary ASSOCIATED NEWSPAPERS LTD dba THE DAILY MAIL, DAILYMAIL.COM and MAILONLINE, and DOES 1-10, inclusive,

Defendants.

Case No. 2:17-cv-04977-PSG-SK

**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL DATE AND OTHER DEADLINES; AND [PROPOSED] ORDER**

Action Filed: July 6, 2017
Trial Date: February 19, 2019

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: 424.204.4400

TO THE COURT AND CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT the Parties have reached a settlement agreement which will result in the dismissal of the above-captioned action in its entirety with prejudice. The parties respectfully request that the Court vacate the trial date and all other deadlines and allow the Parties thirty (30) days to finalize the settlement and file a dismissal of the action with prejudice.

IT IS SO STIPULATED

DATED: November 15, 2018

Respectfully submitted,

BALLARD SPAHR LLP
Scott S. Humphreys
Robert Penchina
Cameron Stracher
Dana Green

By: *Scott S. Humphreys*
Scott S. Humphreys

Attorneys for Defendant

DATED: November 15, 2018

ZUBER LAWLER & DEL DUCA LLP
Robert W. Dickerson
Armand F. Ayazi

By: *Robert W. Dickerson*
Robert W. Dickerson

Attorneys for Plaintiff

The filer of this document, Scott S. Humphreys, attests pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: 424.204.4400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2018, I electronically filed a true and correct copy of the foregoing **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL DATE AND OTHER DEADLINES; and [PROPOSED] ORDER** through the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties to the action.

*/s/ Scott S. Humphreys*
Scott S. Humphreys