1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC.<br><br>           Plaintiff,<br><br>   v.<br><br>THE DAILY MAIL AND GENERAL TRUST PLC and its subsidiary ASSOCIATED NEWSPAPERS LTD dba THE DAILY MAIL, DAILYMAIL.COM and MAILONLINE, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:17-cv-04977-PSG-SK<br><br>[~~PROPOSED~~] **ORDER VACATING TRIAL DATE AND ALL OTHER DEADLINES PURSUANT TO NOTICE OF SETTLEMENT**<br><br>Action Filed:   July 6, 2017<br>Trial Date:      February 19, 2019 |

On November 15, 2018, the Parties in the above-captioned action filed a Notice of Settlement and Stipulation to Vacate Trial Date and Other Deadlines. The Court, having considered the Parties' stipulation, and good cause appearing therefore, HEREBY ORDERS as follows:

1. The February 19, 2019 trial date and all other deadlines in this action are hereby vacated;

2. The Parties shall have until December 17, 2018 to file a dismissal of this action in its entirety with prejudice or to file a status report with the Court.

IT IS SO ORDERED

DATED: November 19, 2018

_____
The Honorable Philip S. Gutierrez
United States District Judge