JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMBLE, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE DAILY MAIL AND GENERAL TRUST PLC and its subsidiary ASSOCIATED NEWSPAPERS LTD dba THE DAILY MAIL, DAILYMAIL.COM and MAILONLINE, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-04977-PSG-SK<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

On December 17, 2018, the Parties in the above-captioned action filed a Stipulation for Dismissal of Entire Action <u>With</u> Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), pursuant and subject to the terms of a Confidential Settlement Agreement between them. Pursuant to that Stipulation, IT IS HEREBY ORDERED THAT this entire action and all claims asserted herein are dismissed **with** prejudice against all Defendants. Each party shall bear its own attorneys' fees, costs and expenses incurred herein.

The Court shall retain jurisdiction over the Parties with respect to any dispute arising from or related to their Confidential Settlement Agreement.

IT IS SO ORDERED

DATED: December 27, 2018

The Honorable Philip S. Gutierrez
United States District Judge